# Court of Appeals
# of the State of Georgia

ATLANTA,  April 06, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1207. TYHEEMA MASON v. NETZ PINEWOOD, LLC d/b/a PINEWOOD TOWNHOMES.

In this dispossessory action, the magistrate court entered judgment in favor of the Pinewood Townhomes, and Tyheema Mason appealed to the superior court. The superior court also entered judgment in favor of Pinewood, and Mason filed this direct appeal. Pinewood has filed a motion to dismiss the appeal, arguing that the appeal is moot because Mason consented to the magistrate court's judgment. We disagree, and the motion to dismiss is hereby DENIED. However, we lack jurisdiction for another reason.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Because Mason did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __04/06/2023__
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*